McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CHOR LAO, | Case No. 2:17-cv-02301-AC |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until August 20, 2018. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the

1

government's position due schedule conflicts, and scheduled leave through August 11, 2018.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                                                  Respectfully submitted,

Date: July 16, 2018        By:    */s/ Josephine Gerrard ›*
                                              JOSEPHINE GERRARD
                                              Attorney for Plaintiff
                                              (*By e-mail authorization on 07/13/18)

Dated: July 16, 2018                  McGREGOR W. SCOTT
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                                                */s/ Donna W. Anderson*
                                              DONNA W. ANDERSON
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

                                                  <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: July 16, 2018                  _____
                                              ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE