Josephine Gerrard (CBN 303221)
1791 Solano Avenue, Suite F01
Berkeley, CA 94707
Phone (510) 838-0529
Fax (510) 280-1635
Jo@gerrardlawoffices.com
Attorney for the plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHOR LAO<br><br>　　　　　　Plaintiff,<br>v.<br><br>Commissioner of Social Security<br><br>　　　　　　Defendant. | Case No.: 2:17-cv-02301-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A 14 DAY EXTENSION TO FILE PLAINTIFF'S REPLY BRIEF |

　　　The parties stipulate, subject to the approval of the court, Plaintiff be granted a 14 day extension to September 11 2018 to file Plaintiff's Reply Brief. Plaintiff's Attorney's office was part of an industrial accident and is being reconstructed.

　　　This is Plaintiff's first request for an extension. Therefore, the parties jointly request an extension up to and including **September 11, 2018**.

Respectfully Submitted,

　　　　　　　　　　　　　　　　/s/ Josephine M. Gerrard
　　　　　　　　　　　　　　　　JOSEPHINE M. GERRARD
　　　　　　　　　　　　　　　　Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER FOR A 14 DAY EXTENSION TO FILE PLAINTIFF'S REPLY BRIEF - 1

/s/ Josephine Gerrard  
1791 Solano Avenue, Suite F01  
Berkeley, CA 94707  
510 524 6754  
Email:jo@gerrardlawoffices.com  
ATTORNEY FOR PLAINTIFF

**/s/ by email**

represented by **Donna Wade Anderson**
Social Security Administration
Office of the General Counsel
160 Spear Street
Suite 800
San Francisco, CA 94105-1545
415-977-8930
Fax: 415-744-0134
Email: donna.w.anderson@ssa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chantal Jenkins**
Social Security Administration Office Of General Counsel
160 Spear Street
Suite 800
San Francisco, CA 94105
415-977-8931
Email: chantal.jenkins@ssa.gov
*TERMINATED: 01/25/2018*

**Edward Alan Olsen , ss**
U.S. Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
916-554-2821
Fax: 916-554-2900
Email: Edward.Olsen@usdoj.gov
*ATTORNEY TO BE NOTICED*

**ORDER**

STIPULATION AND PROPOSED ORDER FOR A 14 DAY EXTENSION TO FILE PLAINTIFF'S REPLY BRIEF - 2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

August 29, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR A 14 DAY EXTENSION TO FILE PLAINTIFF'S REPLY BRIEF - 3